TROUTMAN PEPPER
HAMILTON SANDERS LLP
Kevin F. Kieffer
Nevada Bar Number 7045
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2708
Facsimile: (949) 769-2056
Email: Kevin.Kieffer@troutman.com
*Attorney for Ally Financial Inc.*

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Designated Attorney pursuant to LR IA 11-1(b)(2)*
*for Ally Financial Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE M. CARRION CASSILLAS<br><br>Plaintiff,<br>v.<br><br>ALLY FINANCIAL INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:21-cv-00389-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

1 | Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant ALLY FINANCIAL INC. ("Defendant") and Plaintiff JOSE M. CARRION CASILLAS ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed his Complaint on March 9, 2021;

2. Defendant was served with the Complaint on March 16, 2021;

3. Defendant's deadline to answer or respond to Plaintiff's Complaint is April 6, 2021;

4. Defendant has requested, and Plaintiff has consented to, an additional thirty (30) days for Defendant to file an Answer or otherwise respond to the Complaint;

5. An additional thirty (30) days for Defendant to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6. Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including May 6, 2021 to file a responsive pleading to Plaintiff's Complaint.

8. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

//
//
//
//
//
//

Defendant ALLY FINANCIAL INC. shall have up to and including May 6, 2021 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 6th day of April, 2021

*/s/ Gary E. Schnitzer*
Gary E. Schnitzer, Esq.
Nevada Bar No. 395
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Ave. Suite 200
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorney for Ally Financial Inc.*

*/s/ Kevin F. Kieffer*
Kevin F. Kieffer
Nevada Bar Number 7045
TROUTMAN PEPPER
HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2708
Facsimile: (949) 769-2056
Email: Kevin.Kieffer@troutman.com
*Attorney for Ally Financial Inc.*

*/s/ Kevin Hernandez*
Kevin Hernandez, Esq.
Nevada Bar No. 12594
LAW OFFICE OF KEVIN L. HERNANDEZ
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
Telephone: (702) 563-4450
Facsimile: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorneys for Plaintiff Jose M. Carrion Casillas*

**IT IS ORDERED.**

DATED this 7th day of April, 2021

_____
United States Magistrate Judge