Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE M. CARRION CASILLAS, an individual;<br><br>Plaintiff;<br><br>v.<br><br>ALLY FINANCIAL, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:21-cv-00389-KJD-DJA<br><br>~~STIPULATION AND~~ ORDER FOR DISMISSAL OF DEFENDANT ALLY FINANCIAL, INC. WITH PREJUDICE |

Plaintiff, Jose M. Carrion Casillas ("Plaintiff"), and Defendant, Ally Financial, Inc. ("Ally") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

///

under FRCP 41(a) as to Ally, with Plaintiff and Ally bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: September 28, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: September 28, 2021

**NAYLOR & BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com

*Katherine A. Neben*
Nevada Bar No. 14590
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
kneben@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: September 28, 2021

**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.**
*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
jbergh@qslwm.com
*Attorney for Defendant Trans Union LLC*

Dated: September 28, 2021

**TROUTMAN PEPPER
HAMILTON SANDERS LLP**
*/s/ Kevin F. Kieffer*
Kevin F. Kieffer, Esq.
Nevada Bar No. 7045
5 Park Plaza, Suite 1400
Irvine, California 92614
kevin.kieffer@troutman.com

Gary E. Schnitzer, Esq.
Nevada Bar No. 395
**KRAVITZ, SCHNITZER, JOHNSON,
WATSON & ZEPPENFELD, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
gschnitzer@ksjattorneys.com
*Attorneys for Defendant Ally Financial Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   10/1/2021